UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA :
: ORDER MODIFYING
v. : CONDITIONS OF RELEASE
:
MARIA LUISA ESTRELLA JAIDI, :
: 19 Cr. 890 (CS)
Defendant. :
-------------------------------------------------------------X

Upon the joint application of the United States of America and the defendant, MARIA LUISA ESTRELLA JAIDI, and the issue having been heard by the Court on the date below, it is hereby ORDERED that the defendant's conditions of release, previously imposed by the Court on March 13, 2019, shall be modified by eliminating the requirement of GPS monitoring. The Pretrial Services office is accordingly requested to remove defendant's electronic bracelet. In all other respects, the conditions of release previously imposed shall remain in place.

Dated: December 18, 2019
White Plains, New York

SO ORDERED:

_____
United States Magistrate Judge
Hon. Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York

US\BARREV\20769771.1