~~March 31, 2020~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

MARIA LUISA ESTRELLA JAIDI,
            Defendant.
-----------------------------------------------------------X

7:19-CR-00890 (CS)

Defendant Maria Luisa Estrella Jaidi hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

_X_     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

_____      _____
Defendant's Signature                                     Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

MARIA-LUISA ESTRELLA-JAIDI      EVAN T. BARR
_____      _____
Print Defendant's Name                                    Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

June 5, 2020                                   Cathy Seibel
_____      _____
Date                                                     U.S. District Judge/~~U.S. Magistrate~~
Judge