UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                 Plaintiff,<br><br>- against -<br><br>MARIA LUISA ESTRELLA JAIDI, ABDESLAM JAIDI, and RAMON SINGSON ESTRELLA, a/k/a "Ramon Miguel Estrella," a/k/a "Ting Estrella,"<br><br>                                 Defendants. | 7:19-cr-00890-CS<br><br>**NOTICE OF APPEARANCE** |

        PLEASE TAKE NOTICE that Hal M. Shimkoski, an associate of the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, and a member of the bar of this Court, hereby enters his appearance in this action as counsel for defendant Maria Luisa Estrella Jaidi.

Dated:   New York, New York
           June 16, 2020

                                                    FRIED, FRANK, HARRIS, SHRIVER
                                                            & JACOBSON LLP

                                                            By:      /**s**/ *Hal M. Shimkoski*
                                                                        Hal M. Shimkoski

                                                          One New York Plaza
                                                          New York, New York 10004-1980
                                                          (212) 859-8657
                                                          hal.shimkoski@friedfrank.com

                                                          Attorneys for Defendant
                                                            Maria Luisa Estrella Jaidi