UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

      -v.-                                               ORDER

MARIA LUISA ESTRELLA JAIDI,           19-CR-890 (CS)

               Defendant.
-------------------------------------------------------x

Seibel, J.

      The Court has received an application from non-appearing co-defendant Abdeslam Jaidi seeking redaction of portions of the Government's memorandum of law in support of its motions *in limine*, Doc. 73. That memorandum shall be temporarily sealed. The Government shall promptly re-file the memorandum of law with the redactions proposed by Abdeslam Jaidi, on the understanding that unredacted memorandum will be re-filed if I ultimately deny Abdeslam Jaidi's application. The Government shall confer with counsel for Abdeslam Jaidi (and counsel for Maria Luisa Estrella Jaidi if she chooses to take a position on the application) on a schedule for opposition and reply submissions, and propose that schedule (or dueling schedules if the parties cannot agree) to the Court no later than January 25, 2021.

      The Clerk of Court is respectfully directed to place Doc. 73 under seal temporarily.

SO ORDERED.

Dated: January 21, 2021
       White Plains, New York

                                                             _____
                                                            CATHY SEIBEL, U.S.D.J.